IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00418 |
| v. | (Chief Judge Brann) |
| LARRY TODD WILCOX, | |
| Defendant. | |

### ORDER

**NOVEMBER 14, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Wilcox's 28 U.S.C. § 2255 motion (Doc. 59) is **DENIED**; and

2. The Court declines to issue a certificate of appealability.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge